IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SIERRA; VERONICA GOOCH; ROLAND SIERRA; LUCIA LLERAS DE LABRADA; PRISCILLA LLERAS-BUSH, in her personal capacity and as Personal Representative of the ESTATE OF OLGA ROMAGOSA; MÁRIAN MARIA DE LOS ANGELES ROMAGOSA; and LISETTE ROMAGOSA SMYRNIOS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAFIGURA TRADING LLC, and TRAFIGURA GROUP PTE LTD.,<br><br>Defendants. | C.A. No. 22-366 (MN) |

**DEFENDANT TRAFIGURA TRADING LLC'S
<u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Trafigura Trading LLC ("TTL") hereby moves to dismiss Plaintiffs' Amended Complaint (D.I. 9) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. The grounds for this motion are set forth more fully in TTL's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

OF COUNSEL:

Alex J. Brackett
Caroline Schmidt Burton
Andrew P. Thornton-Dibb
Jah Akande
MCGUIRE WOODS LLP
800 East Canal Street
Richmond, VA  23219-3916
(804) 775-4749

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com
   *Attorneys for Defendants*

June 10, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD SIERRA; VERONICA GOOCH; ROLAND SIERRA; LUCIA LLERAS DE LABRADA; PRISCILLA LLERAS-BUSH, in her personal capacity and as Personal Representative of the ESTATE OF OLGA ROMAGOSA; MÁRIAN MARIA DE LOS ANGELES ROMAGOSA; and LISETTE ROMAGOSA SMYRNIOS, <br><br> Plaintiffs, <br><br> v. <br><br> TRAFIGURA TRADING LLC, and TRAFIGURA GROUP PTE LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-366 (MN) |

**[PROPOSED] ORDER GRANTING
DEFENDANT TRAFIGURA TRADING LLC'S
<u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

At Wilmington this ____ day of _____, 2022, having considered Defendant Trafigura Trading LLC's Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and for failure to state a claim, the associated briefing and any other materials in the record, IT IS HEREBY ORDERED that the motion is GRANTED.

      **SO ORDERED**.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 10, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Michael L. Vild, Esquire<br>CROSS & SIMON, LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| David A. Baron, Esquire<br>Melvin White, Esquire<br>Laina C. Lopez, Esquire<br>BERLINER CORCORAN & ROWE LLP<br>1101 17th Street, N.W., Suite 1100<br>Washington, D.C.  20036-4798<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Richard W. Fields, Esquire<br>Martin F. Cunniff, Esquire<br>Edward Han, Esquire<br>FIELDS PLLC<br>1701 Pennsylvania Avenue, N.W., Suite 200<br>Washington, D.C.  20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)