IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SIERRA; VERONICA GOOCH; ROLAND SIERRA; LUCIA LLERAS DE LABRADA; PRISCILLA LLERAS-BUSH, in her personal capacity and as Personal Representative of the ESTATE OF OLGA ROMAGOSA; MÁRIAN MARIA DE LOS ANGELES ROMAGOSA; and LISETTE ROMAGOSA SMYRNIOS,<br><br>        Plaintiffs,<br><br>    v.<br><br>TRAFIGURA TRADING LLC and TRAFIGURA GROUP PTE. LTD.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 22-366 (MN)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the plaintiffs to file their answering brief in response to defendant Trafigura Trading LLC's motion to dismiss (D.I. 10) is extended until July 8, 2022 and the time for defendant Trafigura Trading LLC to file its reply brief is extended until July 22, 2022.

| | |
|---|---|
| CROSS & SIMON, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Michael L. Vild* | */s/ Jack B. Blumenfeld* |
| Michael L. Vild (#3042)<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>(302) 777-4200<br>mvild@crosslaw.com<br><br>*Attorneys for Plaintiffs* | Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br>*Attorneys for Defendant Trafigura Trading LLC* |

2

SO ORDERED this____day of June, 2022

_____
United States District Court Judge