IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SIERRA; VERONICA GOOCH; ROLAND SIERRA; LUCIA LLERAS DE LABRADA; PRISCILLA LLERAS-BUSH, in her personal capacity and as Personal Representative of the ESTATE OF OLGA ROMAGOSA; and SUZETTE NICOLE NEYRA HENDRICK, as personal representative of the estate of ANGELA ROMAGOSA FERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> TRAFIGURA TRADING, LLC, and TRAFIGURA GROUP PTE LTD, <br><br> Defendants. | C.A. No. 22-366-JLH-CJB <br> (Consolidated Action) |

## DEFENDANTS TRAFIGURA TRADING LLC AND TRAFIGURA GROUP PTE. LTD'S MOTION TO STAY DISCOVERY

Defendants Trafigura Trading LLC and Trafigura Group Pte. Ltd. move to stay this action pending the outcome of the dispositive motions currently before the Court (D.I. 39 and 41) and any appeals that may follow the Court's rulings the same. The grounds supporting this motion are fully set forth in the letter brief filed contemporaneously herewith. A proposed order is attached.

OF COUNSEL:

Alex J. Brackett
Caroline Schmidt Burton
Kathryn M. Barber
Juliet B. Clark
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1000

March 6, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Defendants*

## RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. LR 7.1.1 counsel for the parties met and conferred regarding the relief sought in Plaintiff's Motion to Stay Discovery, including verbally by teleconference with Delaware and lead counsel, and the parties were unable to reach an agreement on the relief sought therein.

/s/ Michael J. Flynn
Michael J. Flynn (#5333)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SIERRA; VERONICA GOOCH; ROLAND SIERRA; LUCIA LLERAS DE LABRADA; PRISCILLA LLERAS-BUSH, in her personal capacity and as Personal Representative of the ESTATE OF OLGA ROMAGOSA; and SUZETTE NICOLE NEYRA HENDRICK, as personal representative of the estate of ANGELA ROMAGOSA FERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>TRAFIGURA TRADING, LLC, and TRAFIGURA GROUP PTE LTD,<br><br>Defendants. | C.A. No. 22-366-JLH-CJB<br>(Consolidated Action) |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STAY DISCOVERY**

The Court, having considered the motion by Defendants Trafigura Trading LLC and Trafigura Group Pte. Ltd. to stay discovery in this action pending the outcome of Defendants' dispositive motions (D.I. 39, 41), and the briefing and arguments related thereto, finds that the motion should be GRANTED.

IT IS HEREBY ORDERED that all discovery in this case is STAYED pending resolution of Trafigura Trading, LLC's Motion to Dismiss (D.I. 39) and Defendant Trafigura Group Pte. Ltd.'s Motion to Dismiss (D.I. 41) including resolution of all appeals on those motions.

Date: _____                    _____
                                                 The Honorable Christopher J. Burke

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 6, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Michael L. Vild, Esquire<br>CROSS & SIMON, LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| David A. Baron, Esquire<br>Melvin White, Esquire<br>Laina C. Lopez, Esquire<br>Jared R. Butcher, Esquire<br>BERLINER CORCORAN & ROWE LLP<br>1101 17th Street, N.W., Suite 1100<br>Washington, D.C.  20036-4798<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Richard W. Fields, Esquire<br>Martin F. Cunniff, Esquire<br>Edward Han, Esquire<br>FIELDS PLLC<br>1701 Pennsylvania Avenue, N.W., Suite 200<br>Washington, D.C.  20006<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)